**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| **Civil Action No.** 08-rj-00016-NONE-MJW | FTR - Courtroom A-502 |
| **Date:** January 12, 2009 | Courtroom Deputy, Ellen E. Miller |
| ALPHA CAPITAL AKTIENGELLSCHAFT, | Frank P. Slaninger |
| Plaintiff(s), | |
| v. | |
| FELLOWS ENERGY LTD., | |
| Defendant(s). | |
| US BANK, | (Bank representative Terese Marsh) |
| Garnishee. | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: MOTIONS HEARING
**Court in Session:** 10:30 a.m.
Court calls case. Appearance of Plaintiff's counsel and representative for US Bank, Terese Marsh.

Status of the case is discussed. The Stipulation is accepted and made an Order of the Court.

**It is ORDERED:** Plaintiff's AMENDED MOTION TO DISBURSE FUNDS [Docket No. 13, Filed January 08, 2009] is **GRANTED,** and the ORDER TO PAY GARNISHED FUNDS is signed. US Bank shall release and send funds to the United States District Court Registry in the amount of Twenty-four thousand, one hundred eighty dollars and thirty nine cents ($24,180.39).

**It is ORDERED:** Plaintiff's MOTION TO DISBURSE FUNDS AND PROPOSED ORDER TO PAY [Docket No. 7, Filed December 19, 2008] is **DENIED AS MOOT** as the Amended Motion to Disburse Funds is the operative motion.

**It is ORDERED:** Plaintiff's ORDER(s) TO VACATE HEARING, attached to the Stipulation as to Release of Funds Upon Court Order Between Plaintiff and Garnishee [Docket No. 14, Filed January 08, 2009] and [Docket No. 15, Filed January 18, 2009] are **DENIED AS MOOT** as the Court has held this hearing. The Stipulation is accepted.

*08-rj-00016-NONE-MJW*
*Motion Hearing*
*January 12, 2009*


The Clerk of the Court is directed to provide a copy of this Courtroom Minutes/Minute Order to
Ms. Carol Henderson, Supervisor
Finance Department,
United States District Court for the District of Colorado.

The Clerk of the Court is directed to mail a copy of this Courtroom Minutes/Minute Order to
Ms. Terese Marsh
US Bank / Columbia Center
PD-OR-C2GN
P. O. Box 30869
Portland, OR 97294


This case is not dismissed at this time as other garnishees may be identified.


**It is ORDERED:** A TELEPHONIC STATUS CONFERENCE is set
**APRIL 13, 2009 at 9:00 a.m.** (Mountain Standard Time)

Plaintiff's counsel shall initiate the conference call by calling Chambers (303) 844-2403 at the scheduled time. US Bank need not participate in the call. The conference call shall include any other garnishees that may be identified.


Hearing concluded.
**Court in recess:** 10:41 a.m.
Total In-Court Time 00:06

To order a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.