| ☒ UNITED STATES DISTRICT COURT FOR THE STATE OF COLORADO<br>Court Address: 901 19th Street Suite 8105<br>Denver, CO 80294<br>(303) 844-3433 | |
|---|---|
| Plaintiff(s)/Petitioner(s): ALPHA CAPITAL AKTIENGELLSCHAFT<br><br>v.<br><br>Defendant(s)/Respondent(s): FELLOWS ENERGY Ltd., | **COURT USE ONLY** |
| Judgment Creditor's Attorney or Judgment Creditor (Name and Address):<br>Frank P. Slaninger<br>1776 South Jackson St. Suite 105<br>Denver, CO 80210<br><br>Phone Number: 303-758-5200  E-mail: slaninger@earthlink.net<br>FAX Number: 303-758-5255  Atty. Reg. #: 1907 | Case Number: **08 RJ 0016**<br><br>Division  Courtroom |

**ORDER TO PAY GARNISHED FUNDS** (Docu no. 13)

This matter coming on to be heard this 12th day of January, 2009 upon stipulation of Plaintiff and Garnishee US Bank.

It is hereby ordered that US Bank release and send funds to the United States District Court Registry in the amount of $24,180.39 being held by them for Fellows Energy Ltd. under Case Number 08RJ0016.

It is further ordered that the Court pay to Frank P. Slaninger, Attorney for the Plaintiff, all funds in the Court's Registry transferred from US Bank and held for Defendant Fellows Energy, Ltd. under Case Number 08RJ0016.

Date: January 12, 2009

Magistrate Judge Michael J. Watanabe